UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTINA VITALIS,<br><br>         Plaintiff,<br><br>   -against-<br><br>IC SYSTEMS, INC.,<br><br>         Defendant. | 25-cv-1104 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the April 07, 2025, order, the complaint is dismissed without prejudice.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 09, 2025
     New York, New York

                      /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                   Chief United States District Judge